JACOB J. TABOLT, Respondent, v. 654 NINTH AVENUE CORP., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 876.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW MARONEY and ETTORE MASTROFRANCISCO, Appellants.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

BANQUE MELLIE IRAN, Respondent-Appellant, v. YOKOHAMA SPECIE BANK, LTD., et al., Defendants, and ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of Yokohama Specie Bank, Ltd., in the State of New York, Appellant-Respondent.— Judgment, and order granting in part and denying in part plaintiff's motion for summary judgment and granting in part the cross motion of defendant, Elliott V. Bell, as Superintendent of Banks of the State of New York, as liquidator, etc., for summary judgment, unanimously modified by providing that interest is to be payable on the sum of $112,205.30 from October 29, 1942, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [188 Misc. 346.]

In the Matter of EQUITABLE TRADING CORPORATION, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the New York State Liquor Authority, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 876.]

HAROLD R. LIVINGSTON et al., Appellants-Respondents, v. TODD SHIPYARDS CORPORATION, Respondent-Appellant.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

MORRISON ESTATES, INC., Appellant, v. AVON GARAGE, INC., et al., Respondents, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOSEPH SCHNEIDER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

BAO CORPORATION, Appellant, v. MILTON KLEIN et al., Defendants, and MARVIN WADLER, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, as Trustee, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [391-393 West End Ave., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by reducing the assessments for the years 1942 to 1947, inclusive, as follows: land, $220,000; building, $475,000; total, $695,000; and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ERWIN MORTON, Respondent, v. RUTH MULLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.